# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00608-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAYMUNDO ROSALES-ESQUIVEL,
    a/k/a Eric Casa-Castillo,
    a/k/a Ignancio Cruz-Soto,
    a/k/a Rogelio Castorena-Guerrero,

    Defendant.

---

## MINUTE ORDER[1]

---

On December 19, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with the parties and with their consent,

**IT IS ORDERED** as follows:

1. That on **February 2, 2012**, commencing at 10:00 a.m., the court shall conduct a sentencing hearing in this matter; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: December 19, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.